**690**

---

Michael J. DiPOLLINO d/b/a Mike's

v.

Ronald J. MICELI et al.

No. 81–368–M.P.

Supreme Court of Rhode Island.

July 23, 1981.

John P. Toscano, Jr., Westerly, for petitioner.

Frank S. Cappuccio, Louis B. Cappuccio, Jr., Sol., Westerly, for respondents.

ORDER

The petitioner's motion to stay enforcement of the decision of the Westerly Town Council is denied. The stay granted herein on July 17, 1981 is vacated.

WEISBERGER, J., did not participate.

---

Nancy E. MAZZARELLI

v.

Oswald A. MAZZARELLI.

No. 80–567–A.

Supreme Court of Rhode Island.

July 23, 1981.

Howard I. Lipsey, Providence, for plaintiff.

Oswald A. Mazzarelli, pro se.

ORDER

The plaintiff's motion to affirm the decree of the Family Court pursuant to Rule 16(g) is assigned to the motion calendar for oral argument.

WEISBERGER, J., did not participate.

---

Donna M. PAGLIARINI

v.

DOYLE'S SERVICE, INC.

v.

Charles H. O'CONNELL, Finance Director of the City of East Providence.

No. 81–289–A.

Supreme Court of Rhode Island.

July 23, 1981.

Aram K. Berberian, Warwick, for plaintiff.

Gilbert T. Rocha, Joseph B. Carty, Jr., Providence, for Doyle's Service, Inc., Nathaniel J. Rendine, Asst. Sol., East Providence, for defendants.

ORDER

The motion of defendant Doyle's Service, Inc. to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

WEISBERGER, J., did not participate.